1938, and costs of suit. Appellant will recover costs of appeal.

Peters, P. J., and Ward, J., concurred.

[Civ. No. 11536.   First Dist., Div. One.   Sept. 24, 1941.]

R. STANLEY DOLLAR, Respondent, v. HOMER H. TOOLEY, as Executor, etc., Appellant.

Byron Coleman, Abraham Setzer, George C. Hadley, Carl E. Day and Robert E. Hatch for Appellant.